FILED _____ ENTERED
LODGED _____ RECEIVED
NOV 1 8 2019
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States District Court
for the District of Maryland

United States of America          CASE # 1:19-CR-00318-GLR-17

Vs.

Sean Weston
Pro-SE, Defendant

Motion to be Released

I Sean Weston has been incarcerated since July 17, 2019. Ask this court to be Released Pending trial Under District of Columbia Court of Appeals No 19.CO.35 DARRIS Jeffers, Appellant V. United States, Appellee. The court holds that to establish A substatial Probability the United States must show at a minimun that it is more likely than not that the defendant would be found guilty beyond A Reasonable doubt at trial of an offense permitting detention under 23-1325. Mr. Jeffers And the public Defenders Service Argue that the substantial-probability standard should be interpreted to Require not merely A showing that the United States is more Likely than not to prevail at trial, but Rather A showing of "Strong Likelihood" or "Reasonable Certainty" of Success at trial. for the Foregoing Reasons I Am Asking to be placed on GPS monitoring or the halfway house until trial. I Am A business owner And do hAVE A Job that can be Verified.

PS 1

To: The Honorable George L. Russell III

My name is Sean Weston Sr. and I hope this letter is not met with any skepticism or something worse, but I promise you this is not a gross exaggeration of whats been happening to me for well over the last 20 years of my life. I am a U.S. Army Veteran with a Honorable Discharge that decided to retire at the age of 50 from the Army Corps of Engineers with 2 top Secret Security Clearances. I have been a co-owner of Johnsons Towing Co. for the last 12 years. for over the last 20 years I have co-owned 8 or more Variety, grocery, and coveince Stores, I am a Co-owner in The Hairport Barbershop, I've onece owen the Garrison Develope Company, The Peach Tree Carwash, A Power Greater Then (drug recovery housing for men and workmen), Street Official Ent., WD Virtual Tours and Crime Seen Preservation 2 Snowball and Italian Ice stands that I open up for my Kids, and The Stone Pit Community Center and Catering Hall thats located in the Liberty Hights and Garrison Community, my plan is to create at least 20 or more good paying jobs for residents of that community. I have live in royal Baltimore County in the home I've had built for nearly 20 years now, I have been rairsing all 10 of my children in that home, I have helped to put my oldest son through College and working to help put the next 2 oldest through college at this time, I have help to start up and operate most these businesses for nearly the last 25 years. about 6 years ago I opened up the Northwest Variety Store and at that time I had been in my 14th year working as a Water Treatment Operater for the Federal government which during my Security clearences I informed them of the Items I carried in my store which my business license permitted me to legally sell.

pg 2

By me being a federal government employee and owning and operating my own business I really thought a black man in 2016 could purchase and drive whatever car he could afford to drive without comming under Suspetion of doing something illigal in order to get it or come under some type of investagation, oH!! what a fool I was to think that. I would say for about the last 12 years at that time I hadn't had any trouble from any law enforcement until I braught my first exotic car which was a four door Porsh Panamara S, your Honor I almost became a victim of the Cracket gun task force with officer Hurshall and his boys who pulled me over one day for no apparent reason what so ever, they pulled me out of my car and it was only until I pulled out my military Federal Work ID card and I told them I was a business owner is the only reason why I believe they left me alone, It was a very Frightning situation. A few years before my 50th birthday I made a promise to myself that I wasn't going to punch anyone's clock after my 50th birthday and I will continue to just work for myself and I would treat myself to a Bently Contenital GT and when I braught it that's when all **Hell** broke loose. Some people congratulated me and said I deserve it, some said I was tripping, some said I'm doing too much, and some even said the Feds was going to get me, I ~~and~~ Kepted telling everyone how cultual Conditioned their thinking was to belive a black man could not own a Bently and I had a right to drive whatever I wanted to drive and a year later I decided to lease another one. Your Honor I have never sold drugs and neighter have I ever sold anything else for any illigal purpose, I'm not a gang member or a criminal. When the harrassment started about the time I Startedtobuild the Stone Pit Community Center and Catering Hall the Northwest Variety Store had been Open and catering to the

PG 3

Islamic community in that area and the general public for about
6 years now without one single complain from the community, on
my business licesence application I have listed every thing that I sell
out of my store and I don't sell anything for any illigall purpse, I follow
the letter of the law, your Honor theres about 10 other stores in the
immediate area thats owned and operated by every different orther
ethinic groups that sells the same identical products that I sell and
even more things they carry in their store that could come into
question that I don't carry, but never once have anyone of them
have been harrassed, never once have any of their stores been raided,
never once have they been racially profilled, They allow people
to loiter inside and outside of their stores, they allow people
to sell drug right inside and outside their stores. I been
asking this question for years, What makes me so different then them
that I'm the only person setting in jail for this ? How is it Im a
African American man in my own community that keep my store front
clear of people hanging out, I keep my block clean of trash, I keep
my neighbers happy, please check the record on my store
never one complaint has been filed against my store. I have
suid Baltimore City Police and won the law suite for the same
racial profilling, harrassment, and unlawful repeated raids along
with a restraining order that was put into place and they
were made to pay a settlement, Your Honor I have never
been convicted of selling anything for any illigal purpose.
Back in Febuary of this year I had been about in my 11th
month into building The Stone Pit Community Center and Catering Hall
it's when the harrassment really started. My Use and Occupency
Permit was being held up, The Fire Marshall, the Liqour Board, and

pg 4

the same Police task force that ended up conducting a unlawful raid on my Northwest Variety Store a month later. I called my City Councel Member of my district Sheron Middleton and sent a email explaining the harrassment I was being subject to and that I was in fear of my life. Mrs. Middleton contacted me back a month and a half later and was of no assistance as she told me she had 5 minutes. Those same task force officers that was showing up at the Community Center late hours in the middle of the night with out a warrent trying to gain access by hiding under the sercurity gate where I could not see them from the window and claiming to be some one I supose to know and for me to open the door. In March of this year that some task force was captured on my video Survalence Camera doing something illigal. The Video was turned over to the Internal Affairs Division along with a complaint filed. My 23 year old Son who never been in any trouble a day in his life was working in the store at the time. There was a legally purchased shotgun in the store at the time for protection due to the store being robbed by 4 assailants who all had guns. The armed robery was captured on video survalance that was turned over to law officials which helped in copturing the suspects. The Variety Store is located in one of the most dangerous areas of the City 1338 W. North Ave, between Penn & North Ave and North Ave & Druid Hill Ave. I none of the only few black men that decided to invest my money back into the African American Community in order to try and make a difference and hire some people of the community. Your Honor I will challenge you to go up to the Liberty Hights and Garrison Community and where I have nearly sacrificed my home and credit and have taken my savings in order to build the Stone

Pg 5

Pit Community Center and Catering Hall and ask the people of the neighborhood and the business owners who is Sean Weston is and what I have been doing in that Community for nearly 25 years. A message was sent to me by a young man who's uber was stoped by a unmarked police car which I believe was the same police task force, he said I was told to stop driving my cars around in their face and for me to stop dragging my nuts on them and a man of my cale+ber should know to be more low key. Thats when I tryd to call for help, I called Elijah Cummings office, I called the States Atterny's office, I contacted Carl Stokes for help, I contacted Del. Nick Moseby, I contacted President of the City Counsil Brandon Scott, I called the Mayors office down at City Hall, I called and filled a report with the Internal Affairs office of Baltimore, and I even called the FBI office in D.C. and was placed on hold for about 20 minuted until I decided to hang up, I have phone records and emails documentations to prove it. I told this information to both lawyers that refuse to bring up this information. I contacted a news reporter from the Real News Network and told him about the message that was sent to me, I set down and conducted a interview with them to talk about the horrassment, misconduct, racial profiling and the law suit that was filed and won. Why is it that a black man is not supose to have anything of value unless he obtained it illigaly as it was presented to Magistrate Juge A. David Copperhite, the prosecutor told him I live in a $600K house, I own 2 Bentlys, I own $90K worth of jewlery, and I had a large undersclose amount of money, which was $11,000 of the $17,000 I was saving to pay my mortagage I was several months behind because I was building my Community Center. But the prosecutor never mention these things

Pg 6

to you Judge Russell. Your Honor I have worked my butt off to get everything I own legally, between the businesses I have owned and operated over the years, my federal government job that was paying me around #75,000 a year base, the #1.5 million me, my brother and sister recieved over the last 15 years for the death of owe parents money that was awarded from a law suit, and a female freind who has helped me over the years that makes well over #400K a year, yes I can afford every-thing I own without doing anything illigall. your Honor when do it ever stop, my children don't deserve this, my love ones don't deserve this, and I know for a fact that I don't deserve this, but never do anyone ever want to look at the truith for what it is. I'm tired of seeing young black men dieying in the streets of Baltimore, I sponserd the Fathers Against Gun Violence Movement this year when a young man name G-songz was chased and gunned down as he left the barber shop in my community of Liberty Hights and Garrison, I decided I was going to take a stand, I reached out to the city Council, the Mayor Jake Young the neighborhood Asst, several Churches even the one the young mon was killed several yards from their door and the N.W. Police districk. I know the pain of loosing a Love one to gun voilence as I have lost one of my only 2 brothers Darryl Weston that was murdered in the housing projects of Murphy Holmes 5 days after his 19th birthday, of course no city officials showed up, no one from the neighborhood Ass. showed up or the churhes which was sad, but the rest of the community did along with Chanel 2 News who interviewed me, My community Center Catered the event, I paid for everything myself and donated #500 to the young men Funneral expenses. The N.W. Police sent 2 officers for a police presence

pg 7

I went up to the district to thank those 2 officers myself the very next day. Several months before I was arrested I had anoused on all my social media pages that I was exploring a run for the 7th district City Cuncial member seat, Your Honor I recieved a over whelming amount of suport for me to run, Everyone that know me knows what I stand for in the community, I have pulled myself up by the boot strapes and over came a terrible drug addiction that I picked up in the militery, I built my business, I built my home, I burried my parents that I made very proud of me before they passed away I have been raising all 10 of my childrent along with my God daughter, I primised her farther on his death bed as he laid dying from ALS that I will make sure she will continue to have a father figure in her life and I will never let her forget him, and now I have been snatched out of her life. Your Honor I will never claim to be a perfect man but what I'm not is a criminal, gang member, or drug dealer. So when will I start to recieve my equal protection of the law as the constitution suppose to garantee me as an African American citizen oppose to the system of double standard treatment that I have been subject to in my own African American Community, but with all due respect your Honor it really pains me to say that I feel like that unfortunate race who is looked at so far inferior that I have no rights which the police is bound to respect.

"PSLMS-109"

Sincerly,

Sean Weston Sr.

Seon Weston Sr.
Inmate ID# 368882
next page

Pg 8

P.S.   Information that was given to both Lawyers

- The Stone Pit Community Center and Catering Hall
  3318 Ayrdale Ave, Baltimore, Md. 21216
- Lamont Gregory Died from ALS, I paid for his funeral, sponserd the
  Pooh's Kids movement for his wife and Kids so they could have
  a good Christmas right after his death.
- Paid for Norman Faulcon Funeral, he fell 12 story's to his death
  also had his repass at the Stone Pit Community Center
- Helped pay for Mr. Richardson funeral that was found shot and
  burnd up in Westport, we also had his repass at the Stone Pit Comm Center.
- Sponserd the fathers Against Gun Violence Movement on June 19th
  Fathers Day which will be held every Fathers Day on the
  parking lot of the Stone Pit Community Center and Catering hall
- I stood before the City Zoning Board along with about 15
  other people on my behalf and tried my best to explain to them
  what I was trying to do for the community with the Center as far
  as Computer Workshop Classes, Cooking Classes for anyone, Pod
  Class start up, Community meeting twice a month for issues and cocerns
  and Community rental of the center, NA and AA meetings and
  Provide a better nutrisanal diet for our Community. I invited
  the whole community out for a Taste and Tour Day that we
  had at the Center. I explained how I want the center to be a safe
  Zone for anyone in the community that have a difference and could
  come to the Center and talk it out opposer to picking up a GUN.
  the meeting was video recorded at City hall.
- The police also Conducted a unwarented raid on my Community Center
  which is located right next door to the Opeage Variety Store
  3316 Ayrdale Ave. that I have nothing to do with Owening
  or Operating that business, but what they did do was

bust a hole through the wall into my Community Center and took my tablet from upstairs that controls the music and Sanos speaker system and placed it next to a gun that they said was found in the Opeage Variety Store in order to claim that I owend that Store, they also caused thousands of dollars of damage to my Community Center. they also claim that someone was hiding in the Center that escaped out a back window When there is no back Window good police do not lie and plant evidence in order to arrest someone and take what they have worked for and lre to keep them in jail. please Judge Russell, I pray that you tale just a minute to check what I'm writing to you.

please forgive me for the hand writing and anything thats miss spelled.

With all due Respect,

Sen Westn
Sean Weston
Inmate # 368882