```
                                    ____ FILED      ____ ENTERED
                                    ____ LOGGED     ____ RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAY 31 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CRIMINAL NO. GLR-19-318 |
| | * | |
| SEAN WESTON, | * | |
| | * | |
| Defendant. | * | |

Sean Wesston
8624 Glen Hannah ct
Windsor Mill, Md 21244
667-319-8457
mikesean396@gmail.com

***Letter of Complaint against Judge George Levi Russell III, Magistrate Judge A. David Copperthite, Magistrate Judge Coulson, Previous U.S. Robert K. Hur, Previous AUSA Matthew DellaBetta, and DEA Special Agent Lee T. Ratliff:***

NOW COMES, Defendant SEAN WESTON, "Pro se" and files this Letter of complaint To Recuse Judge George Levi Russell III, Magistrate Judge A. David Copperthite, and Magistrate Judge Coulson from any Court proceedings pertaining to Sean Weston and bring sanctions against any Government Official that helped in falsifying the facts in this case, and in support of this letter, petitioner states as follows,

    The neutrality requirement helps to guarantee that life, liberty, or property will not be taken on the basis of an erroneous or distorted conception of the facts or the law. The above mentioned Judges has deliberately violated the personal liberties and Constitutional rights of Sean Weston. Judge Russell, judge Copperthite, and judge Coulson has wantonly

refused to provide due process and equal protection of the Law before the court and has behaved in a manner inconsistent with that which is needed for full, fair, impartial hearings. The United States Constitution guarantees an unbiased Judge who will always provide defendants with full protection of ALL RIGHTS. Therefore, Petitioner respectfully demands that said judges recuse themselves in light of the evidence attached as Exhibits detailing prior unethical and/or illegal conduct or conduct which gives Petitioner good reason to believe the above Judges cannot hear the above case in a fair and impartial manner.

The evidence will show and prove that the misdeeds of DEA Special agent Lee T. Ratliff along with the prosecutorial misconduct of Previous US Attorney Robert K. Hur, and previous AUSA Matthew DellaBetta, did with all due intentions illegally used a grand jury and failed to comply with the discovery rules in order to help Judge George Levi Russell III conceal the crime that was committed by his very close friend Alice Pinderhughes, by having Sean Weston take the place of Cornelius Carroll, Athony Williams, Mike Williams and Derick Saunders in the criminal drug conspiracy case 1:19-cr-00318-GLR .

On or about July 17, 2019, I, Sean Weston was arrested and taken into custardy as my home was raided by use of a forced entry no knock warrant that was issued by Magistrate judge A. David Copperthite in violation of my Fourth Amendment rights and due to a lack of probable cause in the search warrant that was obtained by an affidavit, of which the truth was sworn to by DEA Special Agent Lee T. Ratliff, in which agent Ratliff removed the names of Cornelius Carroll and Anthony Williams( see Affidavit in support of search warrant "PROBABLE CAUSE" and wire tape transmissions T-III target 3/ 443-977-3968 phone of Ronald McCormick, calls 1268, 2058, 2059, 2060, 2061, 2062, 2091, 3373, 3481, 3485, 3497, 3510, 3537, 3589, 3637, 3678, 4525, 4684, 4685, 6082, 8538, 8545, 8730, 9198, 9378, 9668, 12496, 13502, 13903, 14101, 14102, 14103, 14333, 14337, and *15139 between Cornelius Carroll and Ronald McCormick). The affidavit contained false, misleading, and inaccurate information about Sean Weston, Special Agent Lee T. Ratliff falsified the facts in the case by omitting the names of Cornelius Carroll, Anthony Williams, Michal Williams and Derick Saunders in the criminal case 1:19-cr-00318-GLR.( see Affidavit in support of search warrant "PROBABLE CAUSE", see wire tape transmissions T-III target 3/ 443-977-3968 phone of Ronald McCormick, calls 1268, 2058, 2059, 2060, 2061, 2062, 2091, 3373, 3481, 3485, 3497, 3510, 3537, 3589, 3637, 3678, 4525, 4684, 4685, 6082, 8538, 8545, 8730, 9198, 9378, 9668, 12496, 13502, 13903, 14101, 14102, 14103, 14333, 14337, "15139" with Cornelius Carroll, and calls 806, 878, 879, 891, 1264, 1767, 1768, 1956, 2103, 2829, 2840, 4517, 4685, 4719, 5520, 5907, 6028, 6083, 6085, 6515, 6520, 7262, 7340, 7865, 9460, 9478, *9478, 9543, 9757, 10174, 10558, 11661, 12494, 12500, 13496, 13501, *13504, 13506, 13511, 13546, 13686, 13698, 13710, 13904, 14207, 14215, 14224, 14226). between Ronald McCormick and Anthony Williams

Magistrate Judge A. David Copperhite, DEA Special Agent Lee T. Ratliff, previous US Attorney Robert K. Hur and previous AUSA Matthew DellaBetta have all conspired in falsifying the facts in criminal case 1:19-cr-00318-GLR in order to cover up the crime that was committed by Judge George Levi Russell III very close friend Alice Pinderhughes, of Pinderhughes Title Inc. Mrs. Pinderhughes helped Cornelius Carroll and Anthony Williams embezzle $50,000 from out of the real estate property that I, Sean Weston Put all the money up in order to purchase. I, Sean Weston paid all the closing cost for the recording of the Deed and a Rider which was attached to the Deed that detailed the stipulation of ownership of the property so that my interest would be protected, due to me not having any ownership in William Carroll LLC, but unknown to me, Sean Weston, there was a plan set in motion to defraud me out of my ownership of the property and loss all the money that I invested. (see exhibit F, first Deed, exhibit G, second Deed, exhibit I, third Deed to 3314 - 3318 Ayrdale Ave, Baltimore, Maryland 21216 recorded by Pinderhughes, Title Inc.) Mrs. Pinderhughes remove my name from off the second and third Deed of the property without my permission when Mr. Carroll and Mr. Williams decided to refinance the property without my knowledge of them doing so, which puts me in danger of possibly losing the nearly $300,000 that I invested in rehabbing the property and starting up the business "The Stone Pit Community Center and Catering Hall.

On July 19, 2019 the court held a detention hearing, and based on what had been facts proffered by the previous AUSA Matthew DellaBetta, I, Sean Weston was ordered held without bail by Magistrate judge A. David Copperhite for nearly one year, (see July 19, 2019 Transcript of Detention Hearing pg. 32 line 4 through 19) a fraud worthy of sanctions was brought upon the court. the wiretaps contradicted all the lies that was proffered by the previous AUSA Matthew DellaBetta, I Sean Weston was remanded to custody due to what is now know to be blatant lies that was proffered by the previous AUSA Matthew DellaBetta regarding criminal case 1:19-cr-00318-GLR in which Judge Copperthit made the courts decision to remand Sean Weston (see July 19, 2019 Transcript of Detention Hearing pg.31, line 24 and 25, pg. 32 line 1 through 19). First the previous AUSA Matthew DellaBetta presented to the court that defendant Sean Weston owned and operated the Opaque (Cutting agent) business and that was as early as 1999 (see July 19, 2019 Transcript of Detention Hearing pg. 6, lines 19 through 22, pg. 11, lines 14 through 16, pg. 12, lines 1 through 3, and pg. 28, lines 14 through 18) Matthew DellaBetta knew for a fact that Mr. Carroll, and the two William brothers, Mike and Anthony Williams owned and operated the Opaque business( see exhibit H, documents listed as Summary of Interceptions over Target Telephone 3 between Ronald McCormick, Cornelius Carroll, Anthony Williams, Mike Williams, and Robert Jones)

Anthony Williams is listed as being the owner of the Opaque Store (see document Articles of Incorporation for the Opaque Business) who should have been arrested and charged in the criminal case 1:19-cr-00318-GLR, but his names was never mention along with his brother Mike Williams and Cornelius Carroll(see wire tape transmissions T-III target phone of Ronald McCormick calls between Cornelius Carroll, Anthony Williams,

Mike Williams, Derick Saunders and Robert Jones). The previous AUSA Matthew DellaBetta blatantly lied that an I-Pad belonging to Sean Weston was recovered from inside the Opaque business when the warrant was executed (see July 19, 2019 Transcript of Detention Hearing pg. 12, lines 24 through 25, pg. 29, line 6 through 8) when in actually, the I-Pad was found inside the Stone Pit Community Center upstairs on the bar, which is located next door to the Opaque business( see document D, Attachment A, property to be searched and document DEA inventory sheet for 3318 Ayrdale Baltimore Md 21216) again the government purposefully and willfully lied to the court in order to influence its decision regarding detaining Sean Weston.

The Opaque business was a target in the governments investigation of alleged criminal activity. during my nearly 11 months of incarceration, I wrote judge Russell a letter that was attached to a motion on or about November 18, 2019( see Document 188 filed on 11-18-19, pages 1 through 10) explaining that Sean Weston is an innocent father of 10.

Judge Russell very good friend Alice Pinderhughes, whom own the title company, Pinderhughes Title Inc, conducted the settlement purchase of the commercial property located at 3314 through 3318 Ayrdale Ave. Baltimore Md. 21216 between Sean Weston, Mr. Carroll, and Mr. Anthony Williams. Mr. Carroll and Mr. Williams who are the very same 2 men that were caught committing the crime that Sean Weston is being falsly accused of( see Affidavit in support of search warrant "PROBABLE CAUSE" and wire tape transmissions T-III target 3/ 443-977-3968 phone of Ronald McCormick, calls 2058, 2059, 2060, 2061, 2062, 2063, 2091, 2092, 2093, 2094, 2095, 2096 "It a possibility their names were removed from the criminal indictment in order for the 2 men to remain on the street and become federal informants for the DEA.

Respectfully Submitted,

_____

Sean Weston, Defendant
8624 Glen Hannah Court
Windsor Mill, MD 21244
Email: *mikesean396@gmail.com*
Phone: (667) 319-8457

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was filed in the United States District Court, 101 Lombard St., Baltimore, MD 21201 and furnished by US Mail to the United States District Attorney's Office, 36 South CharlesStreet, Baltimore, MD 21201, this 25th day of May, 2022.

_____

Sean Weston, Defendant, ProPersona

CC: ALL NEWS MEDIA OUTLETS, MSNBC, FOX NEWS, NEWS 13, WMAR 2, NEW YORK TIMES, BOSTON GLOB, WASHINGTON POST, AFRO AMERICAN NEWS PAPER, ECT…..
UNITED STATES FEDERAL PROSECUTORS OFFICE
MAYOR AND CITY COUNCIL MEMBERS OF BALTIMORE